# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KAREN KILGORE**                                                                               **PLAINTIFF**

**V.**                            **CASE NO.: 2:15-CV-182-BD**

**CAROLYN W. COLVIN, Acting Commissioner**
**Social SecurityAdministration**                                                               **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration, and against Plaintiff Karen Kilgore.

IT IS SO ORDERED this 9th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE